# United States District Court

## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v | |
| BRIAN A. HICKS | CASE NUMBER: 11-M-3429-VHL |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 30, 2011 at Aberdeen Proving Ground, Maryland, defendant did, within the special maritime territorial jurisdiction of the United States in the State and District of Maryland, violate the Maryland Transportation Article Section 16-303 (c) (assimilated), as set forth in Count One, in violation of Title 18 United States Code, Sections 7 & 13.

I further state that I am an APG Police Officer and that this complaint is based on the following facts: the written statement of Officer Canose.

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____8-26-11_____          At          **Aberdeen Proving Ground, Maryland**
Date                                                        City and State


**VICTOR H. LAWS III, UNITED STATES MAGISTRATE JUDGE**          _____
Name & Title of Judicial Officer                                                        Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT

On May 30, 2011, at approximately 3:08 p.m., Officer Canose, personally known to me to be a police officer at Aberdeen Proving Ground, Maryland (APG), was performing patrol duties on Hoadley Road, APG, an area within the special maritime territorial jurisdiction of the United States. At that time, Officer Canose observed a blue Saturn traveling on Hoadley road with defective equipment. Officer Canose stopped the vehicle and identified the driver as Brian A. Hicks by his Maryland driver's license. A check through the NCIC revealed that Mr. Hicks' license and privilege to drive in the state of Maryland was suspended. Mr. Hicks was cited and released.

I have knowledge of the above facts and information through a review of the written statement of Officer Canose.

I declare under penalty of perjury that the information that I have set forth above and on the face of the complaint is true and correct to the best of my knowledge.

Executed on: 8-25-11

IAN BOOTH
Inspector, APG Police

Probable Cause has been stated for the filing of the complaint.

Date: 8-25-11

VICTOR H. LAWS III
United States Magistrate Judge

2

## COUNT ONE
(2201738)

### DRIVING WHILE SUSPENDED
### (CLASS A MISDEMEANOR)

On or about May 30, 2011, at Aberdeen Proving Ground, Maryland, an area within the special maritime territorial jurisdiction of the United States, in the State and District of Maryland

### BRIAN A. HICKS

did drive and attempt to drive a motor vehicle on a public highway and on private property used by the public in general in the State of Maryland while his license and privilege to do so was suspended in the State of Maryland 18 U.S.C. Sections 7 & 13, Maryland Transportation Article Sections 16-303(c).